IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-255-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TREMAYNE A. LYNCH, | ) | |
| | ) | |
| Defendant. | ) | |

On December 4, 2018, defendant filed a motion to serve the balance of his state sentence in state custody before serving his federal sentence [D.E. 105]. Defendant is currently housed in the North Carolina Department of Public Safety with a projected release date of March 15, 2019. See id. Defendant's motion to serve the balance of his state sentence in state custody before serving his federal sentence [D.E. 105] is DENIED without prejudice. Cf. [D.E. 48] 2. Defendant needs to direct his request to the North Carolina Department of Public Safety and the Federal Bureau of Prisons.

SO ORDERED. This **19** day of January 2019.

JAMES C. DEVER III
United States District Judge